**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:21-cv-622-MOC-DSC**

| | | |
|---|---|---|
| BETTY JEAN ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VINCENT LINEBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant Vincent Lineberger's Objection (#7) to the Magistrate Judge's Memorandum and Recommendation on Plaintiff's Motion to Remand. (#6). Also pending is Defendant Vincent Lineberger's Motion for Entry of Default (#5).

Finding that the magistrate judge's decision is wholly consistent with current case law, the Court will overrule Plaintiff's Objection and affirm the magistrate judge's Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Vincent Lineberger's Objection to the Magistrate Judge's Memorandum and Recommendation (#7) is **OVERRULED,** the Magistrate Judge's Memorandum and Recommendation (#6) is **AFFIRMED**, and Plaintiff's Motion to Remand (#3) is **GRANTED**.

Furthermore, Defendant Vincent Lineberger's Motion for Entry of Default (#5) is **DENIED**.

Max O. Cogburn Jr.
United States District Judge