UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-622-MOC-DSC

| | |
|---|---|
| BETTY JEAN ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| VINCENT LINEBERGER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant Vincent Lineberger's two pro se Motions to Stay the Court's Order on Motion to Remand to State Court. (Doc. Nos. 10, 11).

Defendant's Motions to Stay (Doc. Nos. 10, 11) are **DENIED** as moot because this action has already been remanded, so this Court no longer has jurisdiction. To the extent that the Court interprets the motions as motions for reconsideration, the Court denies the motions because this action was properly remanded to state court. The magistrate judge correctly found that removal was improper because there is no federal question jurisdiction and diversity of citizenship is lacking.

**IT IS SO ORDERED**.

Signed: November 18, 2022

*[Signature]*
Max O. Cogburn Jr
United States District Judge

1